UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MERRILL, CESAREE WASH-HAYES, NICHOLAS CEDENO,
WILLIAM PARKER, JR., JENINE GIBBS, ANTIONNETTE FIKE,
CHESHERL FEARS, MELVIN WILLIAMS, JAMAL NAHSHAL,
FIDEL SHORTER, EUGENE MOORE, VICTORIA NELSON,
THOMAS FRIEND, FRED MCCLOUD, ELTON PENNINGTON,
JAMES LESTER, JOSHLYN JOHNSON, LINDA HAYNES,
REBECCA KLEBANOFF-KOWALSKI, CHARLES WOOTEN,
BRANDY HAWKINS, HARRIETT PERKINS, PATRINIA GRAYSON,
TRACEY LINNEAR, HAROLD WHITE, DARNELL WILLIAMS,
YVON WALKER, JESTINE MCLAURIN, ISIAH SNIPE, ANGELA MOORE,
DELICIA MAHONE, JASON GREEN, ZANCE RUE, BEVERLY DECOURCY, CALVIN
GALLOWAY, DARIUS HOWARD, CHANEL HOOKS, PRESTON JOHNSON,
CORETTA ROGERS-BLAND, DANIEL STEPHENSON, CHERYL LAWLER,
DONALD BROOKSHIRE, JAMES DOBSON, KENNETH TATE,
DAWANNA BRANFORD, GLENDORA DACE, KIMBERLY GRIMES,
WILLIG GUGGL, SHAWNDELL MADISON, TAMIKA BELL,
BRIAN CONNER, KEVIN MALONE, GINO VILLAREAL,
KATHRYN GIST, JOSEPH DOUGLAS, MOHAMMAD SALEH,
WALTER SMITH, DONNA LEWIS, MARGARET MARSHALL,
EVETTE JACKSON, and ROBERT ALLEN

    Plaintiffs,

v.

GREEKTOWN CASINO, L.L.C., a
Michigan corporation,

    Defendant.

Civil Action No. _____
HON. _____

**JURY TRIAL DEMANDED**

Michael J. Akins (P74184)
GREGORY, MOORE, JEAKLE,
& BROOKS, P.C.
Attorneys for Plaintiffs
65 Cadillac Square, Suite 3727
Detroit, MI 48226
313-964-5600
mike@unionlaw.net

## **COMPLAINT AND JURY DEMAND**

NOW COME Plaintiffs, KEVIN MERRILL, CESAREE WASH-HAYES, NICHOLAS CEDENO, WILLIAM PARKER, JR., JENINE GIBBS, ANTIONNETTE FIKE, CHESHERL FEARS, MELVIN WILLIAMS, JAMAL NAHSHAL, FIDEL SHORTER, EUGENE MOORE, VICTORIA NELSON, THOMAS FRIEND, FRED MCCLOUD, ELTON PENNINGTON, JAMES LESTER, JOSHLYN JOHNSON, LINDA HAYNES, REBECCA KLEBANOFF-KOWALSKI, CHARLES WOOTEN, BRANDY HAWKINS, HARRIETT PERKINS, PATRINIA GRAYSON, TRACEY LINNEAR, HAROLD WHITE, DARNELL WILLIAMS, YVON WALKER, JESTINE MCLAURIN, ISIAH SNIPE, ANGELA MOORE, DELICIA MAHONE, JASON GREEN, ZANCE RUE, BEVERLY DECOURCY, CALVIN GALLOWAY, DARIUS HOWARD, CHANEL HOOKS, PRESTON JOHNSON, CORETTA ROGERS-BLAND, DANIEL STEPHENSON, CHERYL LAWLER, DONALD BROOKSHIRE, JAMES DOBSON, KENNETH TATE, DAWANNA BRANFORD, GLENDORA DACE, KIMBERLY GRIMES, WILLIG GUGGL, SHAWNDELL MADISON, TAMIKA BELL, BRIAN CONNER, KEVIN MALONE, GINO VILLAREAL, KATHRYN GIST, JOSEPH DOUGLAS, MOHAMMAD SALEH, WALTER SMITH, DONNA LEWIS, MARGARET MARSHALL, EVETTE JACKSON, and ROBERT ALLEN, by and through their attorneys GREGORY, MOORE, JEAKLE & BROOKS, P.C. and for their Complaint, do hereby allege as follows:

### Nature of Plaintiffs' Claims

1. This is a complaint for unpaid overtime compensation brought pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. Section 201 et seq. Plaintiffs bring this action for a declaratory judgment, overtime compensation, liquidated damages and other relief.

### Jurisdiction and Venue

2. Jurisdiction is vested in this Court pursuant to 29 U.S.C. Section 216(b) and 28 U.S.C. §§ 1331 and 1337.

3. Venue is appropriate pursuant to 28 U.S.C. §1391(b).

**Parties**

4. Plaintiffs EDDIE HAYES, DEIRDRE EIRBY, ANTOINE SANDERS, KEVIN MERRILL, CESAREE WASH-HAYES, NICHOLAS CEDENO, WILLIAM PARKER, JR., JENINE GIBBS, ANTIONNETTE FIKE, CHESHERL FEARS, MELVIN WILLIAMS, JAMAL NAHSHAL, FIDEL SHORTER, EUGENE MOORE, VICTORIA NELSON, THOMAS FRIEND, FRED MCCLOUD, ELTON PENNINGTON, JAMES LESTER, JOSHLYN JOHNSON, LINDA HAYNES, REBECCA KLEBANOFF-KOWALSKI, CHARLES WOOTEN, BRANDY HAWKINS, HARRIETT PERKINS, PATRINIA GRAYSON, TRACEY LINNEAR, HAROLD WHITE, DARNELL WILLIAMS, YVON WALKER, JESTINE MCLAURIN, ISIAH SNIPE, ANGELA MOORE, DELICIA MAHONE, JASON GREEN, ZANCE RUE, BEVERLY DECOURCY, CALVIN GALLOWAY, DARIUS HOWARD, CHANEL HOOKS, PRESTON JOHNSON, CORETTA ROGERS-BLAND, DANIEL STEPHENSON, CHERYL LAWLER, DONALD BROOKSHIRE, JAMES DOBSON, KENNETH TATE, DAWANNA BRANFORD, GLENDORA DACE, KIMBERLY GRIMES, WILLIG GUGGL, SHAWNDELL MADISON, TAMIKA BELL, BRIAN CONNER, KEVIN MALONE, GINO VILLAREAL, KATHRYN GIST, JOSEPH DOUGLAS, MOHAMMAD SALEH, WALTER SMITH, DONNA LEWIS, MARGARET MARSHALL, EVETTE JACKSON, and ROBERT ALLEN are or were employed as Security Officers by the Greektown Casino, and are employees within the meaning of FLSA §203(e), 29 U.S.C. 203(e). Each Party-Plaintiff has consented to become a member of this action pursuant to FLSA §216(b), 29 U.S.C.

§216(b). Each Party-Plaintiff has consented to become a member of this action pursuant to FLSA §216(b), 29 U.S.C. §216(b). See attachments.

5. Defendant Greektown Casino is an employer as that term is defined in FLSA §203(d), 29 U.S.C. § 203(d).

### Factual Background

6. Plaintiff employees are employed subject to the terms of a Collective Bargaining Agreement ("CBA") entered into between International Union, Security, Police and Fire Professionals of America (SPFPA) and Defendant Greektown Casino.

7. Each employee Plaintiff has a regular, scheduled forty (40) hour work week.

8. Each employee Plaintiff is permitted by Defendant Greektown Casino to, and has worked, overtime.

9. Each employee Plaintiff is entitled to overtime compensation at time and one-half (1 ½) for all hours worked over forty (40) in a work week.

10. Until on or about May 3, 2012, Defendant Greektown Casino required employee Plaintiffs to attend a mandatory, pre-shift roll call each workday.

11. Each mandatory roll call began fifteen (15) minutes prior to the scheduled start of each shift.

12. Employee Plaintiffs were subject to discipline for not attending and/or for being late to roll call.

13. Time spent at mandatory roll calls caused employee Plaintiffs to work more than forty (40) hours each work week.

14. Pursuant to Article 20 of the applicable CBA, employee Plaintiffs are entitled to two (2) thirty (30) minute breaks each workday.

4

15. Employee Plaintiffs are paid their normal rate of pay for time spent during their thirty (30) minute breaks.

16. Pursuant to Article 20 of the applicable CBA, any break time that is interrupted "will be made up in a reasonable time, subject to business needs."

17. Between April 11, 2011 and May 3, 2012, employee Plaintiffs KEVIN MERRILL, CESAREE WASH-HAYES, NICHOLAS CEDENO, WILLIAM PARKER, JR., JENINE GIBBS, ANTIONNETTE FIKE, CHESHERL FEARS, MELVIN WILLIAMS, JAMAL NAHSHAL, FIDEL SHORTER, EUGENE MOORE, VICTORIA NELSON, THOMAS FRIEND, FRED MCCLOUD, ELTON PENNINGTON, JAMES LESTER, JOSHLYN JOHNSON, LINDA HAYNES, REBECCA KLEBANOFF-KOWALSKI, CHARLES WOOTEN, BRANDY HAWKINS, HARRIETT PERKINS, PATRINIA GRAYSON, TRACEY LINNEAR, HAROLD WHITE, DARNELL WILLIAMS, YVON WALKER, JESTINE MCLAURIN, ISIAH SNIPE, ANGELA MOORE, DELICIA MAHONE, JASON GREEN, ZANCE RUE, BEVERLY DECOURCY, CALVIN GALLOWAY, DARIUS HOWARD, CHANEL HOOKS, PRESTON JOHNSON, CORETTA ROGERS-BLAND, DANIEL STEPHENSON, CHERYL LAWLER, DONALD BROOKSHIRE, JAMES DOBSON, KENNETH TATE, DAWANNA BRANFORD, GLENDORA DACE, KIMBERLY GRIMES, WILLIG GUGGL, SHAWNDELL MADISON, TAMIKA BELL, BRIAN CONNER, KEVIN MALONE, GINO VILLAREAL, KATHRYN GIST, JOSEPH DOUGLAS, MOHAMMAD SALEH, WALTER SMITH, DONNA LEWIS, MARGARET MARSHALL, EVETTE JACKSON, and ROBERT ALLEN were subjected to interrupted break periods during weeks in which they worked over forty (40) hours and were not reimbursed for the lost break time.

18. Time spent during the employee Plaintiffs' thirty (30) minute break periods was spent predominantly for the Defendant's benefit and is thus compensable time under the FLSA.

19. Defendant Greektown Casino has failed and refused in a willful and intentional manner to compensate employee Plaintiffs for time spent at mandatory roll calls, regardless of whether or not employee Plaintiffs were reimbursed for interrupted break time.

20. A related cause of action involving other employees from the same bargaining unit and arising from the same nucleus of facts, Case No. 12-15502, is currently pending in this Court before Honorable Terrance G. Berg.

## Cause of Action

21. Defendant Greektown Casino has and continues to violate the FLSA by failing and refusing in a willful and intentional manner to provide Plaintiff employees and other similarly-situated employees the overtime compensation due them under the FLSA and its implementing regulations.

## Jury Demand

22. Plaintiffs demand a trial by jury on all claims on which they have the right to a trial by jury.

**WHEREFORE**, Plaintiff employees respectfully request that this Court:

A. Enter a declaratory judgment that Defendant Greektown Casino has willfully and wrongfully violated its statutory obligations and deprived Plaintiff employees and other members of the bargaining unit of their entitlement under the FLSA, as alleged herein;

B. Order Defendant Greektown Casino to make a complete and accurate accounting of all FLSA time due to each Plaintiff and other members of the bargaining unit that was illegally denied them;

C. Enter a judgment under the FLSA against Defendant Greektown Casino for all sums found due to each Plaintiff and as appropriate other members of the bargaining unit;

D. Award each Plaintiff and as appropriate other members of the bargaining unit liquidated damages equal to their unpaid FLSA compensation, plus interest;

E. Order that Defendant Greektown Casino pay Plaintiffs reasonable attorney fees and costs;

F. Grant such other relief as may be just and proper.

Respectfully submitted,

GREGORY, MOORE, JEAKLE & BROOKS. P.C.

By: _____
Michael J. Akins (P74184)
Attorneys for Plaintiffs
65 Cadillac Square, Suite 3727
Detroit, MI 48226
(313) 964-5600

Dated: April 11, 2014